Michael J. McCue
Nevada Bar No. 6055
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
T: 702-949-8200
E-mail: mmccue@LewisRoca.com

Attorneys for
Pricestack, Inc. dba Preflect

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| PRICESTACK, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HEART OF SUN, LLC, a Florida limited liability company; SOPHIA LIMA, an individual; and NICHOLAS RUS, an individual,<br><br>    Defendants. | Case No.: 2:22-cv-01447-APG-DJA<br><br>**STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER AND BRIEFING ON PRELIMINARY INJUNCTION** |

Plaintiff Pricestack Inc. dba Preflect ("Preflect") and Defendants Heart of Sun, LLC, Sophia Lima, and Nicholas Rus hereby stipulate as follows.

1.       The parties stipulate to extend the time for Defendants to file an opposition to Plaintiff's Motion for Preliminary Injunction from September 19, 2022, to September 27, 2022, and for Plaintiff to file a reply from September 21, 2022, to October 3, 2022.

2.       The parties stipulate to continue the hearing on Plaintiff's Motion for Preliminary Injunction from September 22, 2022, until on or after October 5, 2022.

3.       Pursuant to Rule 65(b)(2), the parties stipulate to extend the duration of the temporary restraining order entered by the Court on September 9, 2022, (ECF No. 15) until the Court rules on Plaintiff's Motion for Preliminary Injunction. The parties consent to this extension to enable the parties time to explore settlement of this case.

118765755.1

4. The parties also consent to unseal the record in this case.

DATED this 19th day of September, 2022.

| LEWIS ROCA | SANCHELIMA & ASSOCIATES, P.A. |
| --- | --- |
| ROTHGERBER CHRISTIE LLP | |
| | |
| By: /s/ Michael J. McCue | By: /s/ Chris Sanchelima |
| Michael J. McCue (SBN: 6055) | Chris Sanchelima |
| 3993 Howard Hughes Parkway, #600 | 235 SW 42 Ave |
| Las Vegas, Nevada 89169 | Miami, Florida 33134 |
| Telephone: (702) 949-8200 | Telephone: (305) 447-1617 |
| E-mail: mmccue@LewisRoca.com | Email: Chris@sanchelima.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Pricestack, Inc. | Heart Of Sun, LLC; Sophia Lima; and Nicholas Rus |

ORDER

IT IS ORDERED that the hearing on plaintiff's motion for preliminary injunction currently scheduled for September 22, 2022, is vacated and continued to October 5, 2022, at 10:30 a.m. by videoconference.

IT IS SO ORDERED:

Dated: September 21, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

118765755.1