Michael J. McCue
Nevada Bar No. 6055
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
T: 702-949-8200
E-mail: mmccue@LewisRoca.com

Attorneys for
Pricestack, Inc. dba Preflect

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PRICESTACK, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>v.<br><br>HEART OF SUN, LLC, a Florida limited liability company; SOPHIA LIMA, an individual; and NICHOLAS RUS, an individual,<br><br>      Defendants. | Case No.: 2:22-cv-01447-APG-DJA<br><br>**STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER AND BRIEFING ON PRELIMINARY INJUNCTION**<br><br>**(SECOND REQUEST)** |

Plaintiff Pricestack Inc. dba Preflect ("Preflect") and Defendants Heart of Sun, LLC, Sophia Lima, and Nicholas Rus hereby stipulate as follows.

1.     The parties stipulate to extend the time for Defendants to file an opposition to Plaintiff's Motion for Preliminary Injunction from September 27, 2022, to October 11, 2022, and for Plaintiff to file a reply from October 3, 2022 to October 17, 2022.

2.     The parties stipulate to continue the hearing on Plaintiff's Motion for Preliminary Injunction to a date convenient for the Court on or after October 19, 2022.

3.     Pursuant to Rule 65(b)(2), the parties stipulate to extend the duration of the temporary restraining order entered by the Court on September 9, 2022, (ECF No. 15) until the Court rules on Plaintiff's Motion for Preliminary Injunction.

4.     The parties consent to this extension because they have reached a settlement in principle and require additional time to finalize the agreement. The parties

118959111.1

anticipate submitting a stipulation to resolve this matter in the near future.

DATED this 26th day of September, 2022.

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | SANCHELIMA & ASSOCIATES, P.A. |
|---|---|
| By: /s/ Michael J. McCue<br>Michael J. McCue (SBN: 6055)<br>3993 Howard Hughes Parkway, #600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>E-mail: mmccue@LewisRoca.com | By: /s/ Chris Sanchelima<br>Chris Sanchelima<br>235 SW 42 Ave<br>Miami, Florida 33134<br>Telephone: (305) 447-1617<br>Email: Chris@sanchelima.com |
| *Attorneys for Plaintiff*<br>Pricestack, Inc. | *Attorneys for Defendants*<br>Heart Of Sun, LLC; Sophia Lima; and Nicholas Rus |

IT IS ORDERED that the hearing on plaintiff's motion for preliminary injunction currently scheduled for October 5, 2022, is vacated and continued to November 1, 2022, at 4:00 p.m. by videoconference.

IT IS SO ORDERED:

Dated: September 27, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

118959111.1