**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PRICESTACK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEART OF SUN, LLC, a Florida limited liability company; SOPHIA LIMA, an individual; and NICHOLAS RUS, an individual,<br><br>Defendants. | Case No.: 2:22-cv-01447-APG<br><br>**STIPULATED PERMANENT INJUNCTION** |

Plaintiff Pricestack Inc. dba Preflect ("Preflect") and Defendants Heart of Sun, LLC, Sophia Lima, and Nicholas Rus hereby stipulate to the entry of this Permanent Injunctionfor the reasons set forth in the Court's Temporary Restraining Order (ECF No. 15) as follows:

The Defendants, their agents, employees, representatives, partners, joint ventures, and anyone acting on behalf of or in concert with the Defendants are hereby ordered to withdraw or seek reversal of and refrain from submitting or pursuing any merchant disputes or receiving any refunds for payments made to Preflect for or relating to any charges made on Defendants' payment cards, including, but not limited to, American Express, Discover, Mastercard and Visa, and involving any merchant banks or payment processors.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

119083079.1

1  The Court further orders the Clerk of the Court to release the $1,000

2  bond posted by Preflect and all accrued interest to Plaintiff's counsel.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Michael J. McCue
Michael J. McCue (SBN: 6055)
3993 Howard Hughes Parkway, #600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
E-mail: mmccue@LewisRoca.com

*Attorneys for Plaintiff*
Pricestack, Inc.

SANCHELIMA & ASSOCIATES, P.A.

By: /s/ Chris Sanchelima
Chris Sanchelima
235 SW 42 Ave
Miami, Florida 33134
Telephone: (305) 447-1617
Email: Chris@sanchelima.com

*Attorneys for Defendants*
Heart Of Sun, LLC; Sophia Lima;
and Nicholas Rus

**IT IS SO ORDERED.**

_____
Andrew P. Gordon
United States District Court Judge

Dated: October 6, 2022

119083079.1

- 2 -