# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRICESTACK, INC.,<br><br>    Plaintiff<br><br>v.<br><br>HEART OF SUN, LLC; SOPHIA LIMA; and NICHOLAS RUS,<br><br>    Defendants | Case No.: 2:22-cv-01447-APG-DJA<br><br>**Order Denying Motion for Preliminary Injunction as Moot**<br><br>[ECF No. 6] |

In light of the stipulated permanent injunction (ECF No. 29),

I ORDER that the plaintiff's motion for preliminary injunction **(ECF No. 6) is DENIED as moot.**

DATED this 14th day of October, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE