Michael J. McCue
Nevada Bar No.: 6055
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tele: (702) 949-8200
E-mail:  mmccue@lewisroca.com

*Attorneys for Plaintiff*
*Pricestack, Inc. dba Preflect*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PRICESTACK, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEART OF SUN, LLC, a Florida limited liability company; SOPHIA LIMA, an individual; and NICHOLAS RUS, an individual,<br><br>Defendants. | Case No.:  2:22-cv-01447-APG-DJA<br><br>**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO VOLUNTARILY DISMISS OR TAKE OTHER ACTION IN THIS CASE (FIRST REQUEST)** |

Plaintiff Pricestack Inc. dba Preflect ("Preflect") respectfully moves the Court for an extension of time from November 21, 2022, to December 21, 2022, to file a voluntary dismissal or take other action in this case.

Pursuant to a settlement agreement between the parties, on October 6, 2022, the Court entered a permanent injunction ordering the Defendants to, among other things, "withdraw or seek reversal of . . . any merchant disputes or receiving any refunds for payments made to Preflect for or relating to any charges made on Defendants' payment cards . . . ." (ECF No. 29.) On the same day, the Court granted the parties' stipulation providing that the Plaintiffs would voluntarily dismiss this action after receipt of a settlement payment from the Defendants (which was due on or before November 15, 2022) or take other action in this case on or before November 21, 2022. (ECF No. 28.)

119465779.1

As of November 21, 2022, Plaintiffs have not received the settlement payment from the Defendants. In addition, Plaintiffs are in the process of determining whether Defendants complied with the permanent injunction by withdrawing or seeking reversal of all merchant disputes at issue in this case.

Accordingly, Plaintiffs respectfully request that the Court continue the deadline for the Plaintiffs to voluntarily dismiss this case or take other action by thirty (30) days to December 21, 2022.

Dated this 21st day of November, 2022.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ Michael J. McCue
Michael J. McCue (SBN: 6055)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
E-mail: mmccue@LewisRoca.com

*Attorneys for Plaintiff*
Pricestack, Inc. dba Preflect

IT IS SO ORDERED:

Dated: November 22, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

119465779.1

- 2 -